THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAITLIN BRUCKNER, Appellant. [997 NYS2d 322]—

Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Gulotta, Jr., J.), rendered June 27, 2013, convicting her of burglary in the third degree and criminal trespass in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly determined that the defendant violated the terms of her plea agreement, and the court properly imposed an enhanced sentence based on the defendant's violation of the plea agreement (*see People v Jenkins*, 11 NY3d 282, 287 [2008]; *People v Bacchus*, 103 AD3d 744, 744-745 [2013]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.